**Dismissed and Memorandum Opinion filed July 30, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00451-CV

## IN THE MATTER OF THE MARRIAGE OF FRANK ROSE LOVE AND MARY FRANCES LOVE

**On Appeal from the 387th District Court
Fort Bend County, Texas
Trial Court Cause No. 16-DCV-234732**

### MEMORANDUM  OPINION

This appeal is from a Final Decree of Divorce signed February 18, 2019. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record.

On June 18, 2019, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days of the notification, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Spain and Poissant.